# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZAFAR ARAIN,**

    **Plaintiff,**

**-vs-**              **Case No. 6:08-cv-2036-Orl-28KRS**

**DOUBLE R. REMODELING, INC.,**

    **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. No. 19) filed December 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation filed March 5, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  Plaintiff's Renewed Motion for Default Judgment (Doc. No. 19) is **GRANTED in part.**

  3.  The Court finds that Defendant Double R. Remodeling, Inc. is liable under each cause of action alleged in the Complaint.

4. United States Magistrate Judge Spaulding is directed to schedule an evidentiary hearing at which Plaintiff must present evidence of his damages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party